

## COURT OF APPEALS FOR THE
## FIRST DISTRICT OF TEXAS AT HOUSTON

### ORDER

Appellate case name:      Charles Davis v. The State of Texas

Appellate case number:      01-13-00175-CR

Trial court case number:      1339915

Trial court:      178th District Court of Harris County

Date motion filed:      December 23, 2013

Party filing motion:      Appellant


It is ordered that the motion for rehearing is **denied**.


Judge's signature: /s/ Justice Laura Carter Higley
                              Acting for the Court

Panel consists of: Justices Keyes, Higley, and Massengale


Date:  January 23, 2014